IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sutton, Edward H | Case Number: 07 B 10595 |
|---|---|---|
| | Sutton, Christine A | Judge: Wedoff, Eugene R |
| | Printed: 10/22/08 | Filed: 6/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: August 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,050.00 | |
| Secured: | | 2,716.64 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 333.36 |
| Other Funds: | | 0.00 |
| Totals: | 6,050.00 | 6,050.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 3,000.00 | 3,000.00 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Secured | 3,290.75 | 2,716.64 |
| 4. | Illinois Dept of Revenue | Priority | 1,281.59 | 0.00 |
| 5. | Internal Revenue Service | Priority | 15,219.22 | 0.00 |
| 6. | Capital One | Unsecured | 121.61 | 0.00 |
| 7. | State Farm Bank | Unsecured | 1,592.94 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 728.72 | 0.00 |
| 9. | Swiss Colony | Unsecured | 51.03 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 39.51 | 0.00 |
| 11. | Capital One | Unsecured | 164.47 | 0.00 |
| 12. | CitiFinancial | Unsecured | 1,511.72 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,172.83 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 465.63 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 409.10 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 306.05 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 1,189.79 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 179.03 | 0.00 |
| 19. | B-Real LLC | Unsecured | 150.24 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 225.38 | 0.00 |
| 21. | B-Real LLC | Unsecured | 1,083.32 | 0.00 |
| 22. | B-Real LLC | Unsecured | 239.54 | 0.00 |
| 23. | World Financial Network Nat'l | Unsecured | 138.87 | 0.00 |
| 24. | Mason | Unsecured | | No Claim Filed |
| 25. | Shell Citibank | Unsecured | | No Claim Filed |
| 26. | Rush North Shore Medical Ctr | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Sutton, Edward H
Sutton, Christine A
Printed: 10/22/08

Case Number: 07 B 10595
Judge: Wedoff, Eugene R
Filed: 6/13/07

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Wells Fargo Financial Bank | Unsecured | | No Claim Filed |
| 28. I C Systems Inc | Unsecured | | No Claim Filed |
| | | $ 32,561.34 | $ 5,716.64 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 294.03 |
| 6.5% | 39.33 |
| | $ 333.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

